DONALD F. SETH, ESQ.  SBN 92318
2200 Range Ave., Suite 202
Santa Rosa CA 95403
Tel.  (707) 545-6370
Fax  (707) 545-9770
donaldfseth@gmail.com

MICHAEL R. QUIRK, ESQ.  SBN 108076
Law Office of Michael R. Quirk
Financial Center Building
1615 Bonanza Street, Suite 207
Walnut Creek CA 94596
Tel. (925) 943-6400
Fax (925) 943-6500
mquirk@pacbell.net

Attorneys for Plaintiff
THOMAS E. CANAVESIO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

THOMAS E. CANAVESIO,

    Plaintiff,

vs.

GENERAL MOTORS COMPANY LLC, and DOES 1 through 100, inclusive,

    Defendants.
_____/

Case No. 2:11- CV-0200-JAM-CKD

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT

Removal Date: 1/24/2011
Trial Date: 6/4/2012

    The parties, through their attorneys of record, stipulate and agree that:

    1. Plaintiff may join TEAMROSS, INC., as a party defendant in this action on the ground that complete relief cannot be accorded among those already parties, and that it is a party that may be properly joined as a defendant under Rule 19(a) of the Federal Rules of Civil Procedure; and

    2. Plaintiff may file, pursuant to Rule 15(a) of the Federal Rules of

STIPULATION AND ORDER RE: FIRST AMENDED COMPLAINT

1  Civil Procedure, the attached First Amended Complaint on the ground that the
2  amended complaint is necessary to enable plaintiff to state a cause of action
3  against TEAMROSS, INC., and to join it as an additional party defendant; and
4      3. That all scheduling dates may be vacated and reset at such time as
5  defendant TEAMROSS, INC., appears in the action.

8  Dated:   Sept. 19, 2011            DONALD F. SETH, ESQ.
                                      MICHAEL R. QUIRK, ESQ.

11                                    By:  /s/ Donald F. Seth
                                      Donald F. Seth, Esq.
                                      Attorneys for Plaintiff
12                                    THOMAS E. CANAVESIO

15  Dated: :   Sept. 16, 2011         DYKEMA GOSSETT LLP

17                                    By:  /s/ Dommond Lonnie
                                      Derek S. Whitefield
18                                    Dommond Lonnie
                                      Attorneys for Defendant
19                                    GENERAL MOTORS LLC

24                                    ORDER
25      GOOD CAUSE APPEARING, it is ordered that TEAMROSS, INC.,
26  be made a party defendant to this action, that Plaintiff's First Amended
27  Complaint attached hereto be filed, that a Summons be issued forthwith, and that
28  ///

STIPULATION AND ORDER RE: FIRST AMENDED COMPLAINT

1 | all scheduling dates be vacated, to be reset upon the appearance in this action of
2 | defendant TEAMROSS, INC.

Dated: 9/20/2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. DISTRICT COURT JUDGE

STIPULATION AND ORDER RE: FIRST AMENDED COMPLAINT