**DYKEMA GOSSETT LLP**
DEREK S. WHITEFIELD, SBN: P38045 165731 24048259
TAMARA A. BUSH, SBN: 197153
DOMMOND E. LONNIE, SBN: 142662
ANDREA F. VENTURA, SBN: 249568
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850
**DWhitefield@dykema.com**
**TBush@dykema.com**
**DLonnie@dykema.com**
**AVentura@dykema.com**
Attorneys for Defendant
GENERAL MOTORS LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS E. CANAVESIO,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS COMPANY LLC, and DOES 1 through 100, Inclusive,<br><br>Defendant. | Case No. 2:11-CV-00200-JAM-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME TO SERVE DISCLOSURE OF EXPERT WITNESSES AND ORDER** |

IT IS HEREBY STIPULATED and agreed by the undersigned counsel for each of the parties to this action that, in order to facilitate the completion of factual discovery and the preparation of complete expert witness designations and reports pursuant to FRCP Rule 26, the date for disclosure of expert witness designations and reports should be continued from March 9, 2012 to April 13, 2012.

1

STIPULATION FOR EXTENSION OF TIME TO SERVE DISCLOSURE OF EXPERT WITNESSES AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:  March 7, 2012 | **LAW OFFICES OF DONALD F. SETH** |
| | By: /s/ Donald F. Seth<br>Donald F. Seth<br>Attorneys for Plaintiff,<br>THOMAS E. CANAVESIO |
| Dated:  March 7, 2012 | **DYKEMA GOSSETT LLP** |
| | By:/s/ Dommond E. Lonnie<br>Dommond E. Lonnie<br>Attorneys for Defendant,<br>GENERAL MOTORS LLC |
| Dated:  March 7, 2012 | **LOMBARDI, LOPER & CONANT** |
| | By: /s/ Leora R. Ragones<br>Leora R. Ragones<br>Attorneys for Defendant,<br>TEAMROSS, INC. |

IT IS SO ORDERED.

DATED:  3/8/2012        /s/ John A. Mendez
                        U. S. DISTRICT COURT JUDGE

2

STIPULATION FOR EXTENSION OF TIME TO SERVE DISCLOSURE OF EXPERT WITNESSES AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com