1  DONALD F. SETH, ESQ., SBN 92318
   2200 Range Ave., Suite 202
2  Santa Rosa, CA 95403
   (707) 545-6370 Telephone
3  (707) 545-9770 Facsimile
   donaldfseth@gmail.com
4  donsethlawoffice@yahoo.com

5  MICHAEL R. QUIRK, ESQ., SBN 108076
   Law Office of Michael R. Quirk
6  Financial Center Building
   1615 Bonanza Street, Suite 207
7  Walnut Creek, CA 94596
   (925) 943-6400 Telephone
8  (925) 943-6500 Facsimile
   mquirk@pacbell.net
9
   Attorneys for Plaintiff
10 THOMAS E. CANAVESIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| THOMAS E. CANAVESIO, | ) CASE No.: 2:11-CV-00200-JAM-CKD |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO CONTINUE TRIAL DATE |
| GENERAL MOTORS COMPANY LLC; TEAMROSS, INC., dba Team Chevy Cadillac, and DOES 1 through 100, inclusive, | ) Pretrial Conference: 8-24-12<br>) Trial: 10-1-12 |
| Defendants. | ) (Removed from Solano County Superior Court Case No FCS 036938) |

The parties, through their attorneys of record, stipulate and agree to continue the Pretrial Conference and Trial dates as follows:

    Final Pretrial Conference:    December 12, 2012 at 4:00 p.m.

    Trial :    January 28, 2013 at 9:00 a.m.

///

_____
STIP AND ORDER TO CONTINUE TRIAL DATE
2:11-CV-00200-JAM-CKD

| | | |
|---|---|---|
| 1 | Dated: <u>August 15 , 2012</u> | DONALD F. SETH, ESQ.<br>MICHAEL R. QUIRK, ESQ.<br>Attorneys for Plaintiff<br>THOMAS E. CANAVESIO |
| 2 | | |
| 3 | | |
| 4 | | By:  <u>/s/ Donald F. Seth</u><br>        Donald F. Seth |
| 5 | | |
| 6 | | |
| 7 | Dated: <u>August 16, 2012</u> | DYKEMA GOSSETT LLP<br>Attorneys for Defendant<br>GENERAL MOTORS COMPANY LLC |
| 8 | | |
| 9 | | By:  <u>/s/ Dommond E. Lonnie</u><br>        Dommond E. Lonnie |
| 10 | | |
| 11 | Dated: <u>August 16, 2012</u> | LOMBARDI, LOPER & CONANT, LLP<br>Attorneys for Defendant<br>TEAMROSS, INC., dba Team Chevy Cadillac |
| 12 | | |
| 13 | | |
| 14 | | By:  <u>/s/ Timothy J. McCaffery</u><br>        Timothy J. McCaffery |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Pretrial Conference and Trial dates have been continued as follows:

   Joint pretrial statement due:    December 5, 2012

   Final Pretrial Conference:       December 12, 2012 at 4:00 p.m.

   Trial :                          January 28, 2013 at 9:00 a.m.

Dated:  8/16/2012

   /s/ John A. Mendez
   UNITED STATES DISTRICT COURT JUDGE