```
DONALD F. SETH, ESQ., SBN 92318
2200 Range Ave., Suite 202
Santa Rosa, CA 95403
(707) 545-6370 Telephone
(707) 545-9770 Facsimile
donaldfseth@gmail.com
donsethlawoffice@yahoo.com

MICHAEL R. QUIRK, ESQ., SBN 108076
Law Office of Michael R. Quirk
Financial Center Building
1615 Bonanza Street, Suite 207
Walnut Creek, CA 94596
(925) 943-6400 Telephone
(925) 943-6500 Facsimile
mquirk@pacbell.net

Attorneys for Plaintiff
THOMAS E. CANAVESIO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS E. CANAVESIO,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS COMPANY LLC;<br>TEAMROSS, INC., dba Team Chevy<br>Cadillac, and DOES 1 through 100,<br>inclusive,<br><br>    Defendants. | CASE No.: 2:11-CV-00200-JAM-CKD<br><br>STIPULATION AND ORDER TO<br>CONTINUE TRIAL DATE<br><br>Pretrial Conference: 8-24-12<br>Trial: 10-1-12<br><br>(Removed from Solano County Superior<br>Court Case No FCS 036938) |

    The parties, through their attorneys of record, stipulate and agree to continue the Pretrial Conference and Trial dates as follows:

    Final Pretrial Conference:    December 12, 2012 at 4:00 p.m.

    Trial :    January 28, 2013 at 9:00 a.m.

///

_____
STIP AND ORDER TO CONTINUE TRIAL DATE
2:11-CV-00200-JAM-CKD

Dated: August 15 , 2012        DONALD F. SETH, ESQ.
                               MICHAEL R. QUIRK, ESQ.
                               Attorneys for Plaintiff
                               THOMAS E. CANAVESIO


                         By:   /s/ Donald F. Seth
                               Donald F. Seth


Dated: August 16, 2012         DYKEMA GOSSETT LLP
                               Attorneys for Defendant
                               GENERAL MOTORS COMPANY LLC


                         By:   /s/ Dommond E. Lonnie
                               Dommond E. Lonnie


Dated: August 16, 2012         LOMBARDI, LOPER & CONANT, LLP
                               Attorneys for Defendant
                               TEAMROSS, INC., dba Team Chevy Cadillac


                         By:   /s/ Timothy J. McCaffery
                               Timothy J. McCaffery


## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Pretrial Conference and Trial dates have been continued as follows:

    Joint pretrial statement due:    December 5, 2012

    Final Pretrial Conference:       December 12, 2012 at 4:00 p.m.

    Trial :                          January 28, 2013 at 9:00 a.m.


Dated:  8/16/2012


    /s/ John A. Mendez
    UNITED STATES DISTRICT COURT JUDGE