1  MICHAEL R. QUIRK, ESQ., SBN 108076
   Law Office of Michael R. Quirk
2  Financial Center Building
   1615 Bonanza Street, Suite 207
3  Walnut Creek, CA 94596
   (925) 943-6400 Telephone
4  (925) 943-6500 Facsimile
   mquirk@pacbell.net
5
   DONALD F. SETH, ESQ., SBN 92318
6  2200 Range Ave., Suite 202
   Santa Rosa, CA 95403
7  (707) 545-6370 Telephone
   (707) 545-9770 Facsimile
8  donaldfseth@gmail.com
   donsethlawoffice@yahoo.com
9
   Attorneys for Plaintiff
10 THOMAS E. CANAVESIO

11

12                     UNITED STATES DISTRICT COURT

13                     EASTERN DISTRICT OF CALIFORNIA

14                           SACRAMENTO DIVISION

15 | THOMAS E. CANAVESIO,              ) CASE No.: 2:11-CV-00200-JAM-AC
                                       )
16 |        Plaintiff,                 ) Assigned to Magistrate Judge Allison Claire
                                       )
17 |        vs.                        ) STIPULATION AND ORDER OF
                                       ) DISMISSAL WITH PREJUDICE
18 | GENERAL MOTORS LLC,               )
     TEAMROSS, INC., dba Team Chevy    )
19 | Cadillac, and                     ) (Removed from Solano County Superior
     DOES 1 through 100, inclusive,    ) Court Case No. FCS 036938)
20 |                                   )
            Defendants.                )
21 |_____    )

22

23      IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff THOMAS E.

24 CANAVESIO on the one hand and all named defendants, GENERAL MOTORS LLC,

25 TEAMROSS, INC., dba Team Chevy Cadillac, on the other, through their respective counsel of

26 record, that any and all claims of the Plaintiff against defendants, including all DOE defendants,

27 are hereby dismissed with prejudice.

28 ///

---

STIPULATION AND ORDER OF DISMISSAL
2:11-CV-00200-JAM-AC

1    IT IS FURTHER STIPULATED AND AGREED that the Court is hereby authorized
2 and requested to execute and enter the Order of Dismissal herein and to make all such orders
3 and judgments which may be necessary and proper to dismiss the above-titled action with
4 prejudice.
5
6   DATED:  November 20, 2012         MICHAEL R. QUIRK, ESQ.
                                      DONALD F. SETH, ESQ.
7                                     Attorneys for Plaintiff
                                      THOMAS E. CANAVESIO
8
9                                     By:   \s\ Donald F. Seth
                                            DONALD F. SETH
10
11  DATED:  November 20, 2012         DYKEMA GOSSETT, LLP
                                      Attorney for Defendant
12                                    GENERAL MOTORS LLC
13
14                                    By:   \s\ Dommond E. Lonnie
                                            DOMMOND E. LONNIE
15
16
17  DATED:  November 20, 2012         LOMBARDI, LOPER & CONANT, LLP
                                      Attorney for Defendant
                                      TEAMROSS, INC., dba Team Chevy Cadillac
18
19
20                                    By:   \s\ Leora R. Ragones
                                            LEORA R. RAGONES
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

STIPULATION AND ORDER OF DISMISSAL
2:11-CV-00200-JAM-AC                            2

## **ORDER OF DISMISSAL**

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff THOMAS E. CANAVESIO on the one hand and all named defendants, GENERAL MOTORS LLC, TEAMROSS, INC., dba Team Chevy Cadillac, and all DOE defendants are hereby dismissed with prejudice from the above-captioned action.

This Court DIRECTS the clerk to close this action.

**IT IS SO ORDERED.**

DATED:  11/20/2012

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE